# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   15-cv-02464-WJM-MJW | FTR - Courtroom A-502 |
| **Date:**   April 07, 2016 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| RONALD O. OLDHAM,<br>THOMAS ANDERSON,<br>EDWARD FISHER JR.,<br>RICARDO PENA,<br>JON RAMIREZ,<br>STEPHEN GENT, and<br>BRIAN ROLING,<br>on behalf of themselves and on behalf of those<br>similarly situated,<br><br>          Plaintiff(s),<br><br>v.<br><br>MEGAN J. BRENNAN,<br>Postmaster General, U.S. Postal Service,<br><br>          Defendant(s). | Kevin C. Flesch<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Timothy B. Jafek |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:**   **RULE 16(b) SCHEDULING CONFERENCE -**
                     **CLASS CERTIFICATION PHASE ONLY**

**Court in session:**   2:34 p.m.
Court calls case.  Appearances of counsel.

It is noted Plaintiffs' deadline to file a Response to Defendant's Motion to Dismiss [Docket No. 14, filed March 11, 2016] is April 15, 2016.

**It is ORDERED:**   Defendant's MOTION TO STAY DISCOVERY [Docket No. **21**, filed March 24, 2016] is **DENIED** for reasons as set forth on the record.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
This is a putative class action, so the parties request that the Court bifurcate discovery regarding class certification from merits issues.
These deadlines and settings are as to Class Certification Only.
Deadlines for merits issues will be set through a later or amended scheduling order, if necessary.

Joinder of Parties/Amendment to Pleadings:    **MAY 19, 2016**

Discovery Cut-off:    **AUGUST 19, 2016**

Dispositive Motions Deadline:    **SEPTEMBER 23, 2016**

Each side  shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before   JUNE 09, 2016**
Parties shall designate rebuttal experts   **on or before   JULY 15, 2016**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).


Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before    **JUNE 10, 2016.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25)  Requests for Production,   and   twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than  AUGUST 19, 2016**.

No  **FINAL PRETRIAL CONFERENCE** is set at this time.

**TRIAL:**
A this time, the parties anticipate an eight (8)  day trial to the court.
Judge William J. Martinez  will set a Trial Preparation Conference and Trial at a future date.
● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**[X]**    Scheduling Order is signed and entered  with interlineations    **APRIL 07, 2016**

Hearing concluded.

**Court in recess:**    2:45 p.m.
Total in-court time: 00:11

To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8470