IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02464-WJM-MJW

RONALD O. OLDHAM,
THOMAS ANDERSON,
EDWARD FISHER JR.,
RICARDO PENA,
JON RAMIREZ,
STEPHEN GENT, and
BRIAN ROLING,
on behalf of themselves and on behalf of those similarly situated,

Plaintiffs,

v.

MEGAN J. BRENNAN, Postmaster Genera, U.S. Postal Service,

Defendant.

---

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Unopposed Motion to Amend Complaint (Docket No. 30) is GRANTED.  It is further ORDERED that the Clerk of the Court shall accept for filing Plaintiffs' First Amended Class Action Complaint (Docket No. 30-1) for filing as of the date of this Minute Order.  It is further ORDERED that Defendant shall respond to Plaintiffs' First Amended Class Action Complaint on or before May 31, 2016.[1]

Date: April 19, 2016

---

[1] The motion requests that Defendant be given 40 days to respond to the amended pleading.  Because 40 days from the date of this Minute Order falls on a Sunday and the following day is a federal holiday, the Court sets the deadline on the next business day that is not a holiday.